1
2
3
4
5    UNITED STATES DISTRICT COURT
6    EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  UNITED STATES OF AMERICA, | |
| 8              Plaintiff, | No.   2:14-CR-0048-WFN-1 |
| 9       -vs- | ORDER DISMISSING INDICTMENT WITH PREJUDICE |
| 10 DONALD ARTHUR LYNCH, | |
| 11             Defendant. | |

12
13   A sentencing hearing was held in 2:13-CR-0008-WFN-25.  The Government moved
14 to dismiss the Indictment in this case pursuant to the Plea Agreement entered between the
15 parties in 2:13-CR-0008-WFN-25.  The Court has reviewed the file and is fully informed.
16 This Order is entered to memorialize and supplement the oral rulings of the Court.
17 Accordingly,
18   **IT IS ORDERED** that:
19   1. The Government's oral motion to dismiss is **GRANTED.**
20   2. The Indictment is **DISMISSED with prejudice**.
21   The District Court Executive is directed to file this Order and provide copies to
22 counsel.
23   **DATED** this 23rd day of September, 2014.
24
25                                    s/ Wm. Fremming Nielsen
26                              WM. FREMMING NIELSEN
   09-23-14                       SENIOR UNITED STATES DISTRICT JUDGE
27
28

ORDER DISMISSING INDICTMENT
WITH PREJUDICE